THE WEST END BREWING COMPANY, Respondent, *v.* CHARLOTTE G. OSBORNE, Appellant.

(Argued June 6, 1930; decided July 8, 1930.)

*Edgar W. Snell* for appellant.
*Murray Curtin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.